SAUSA: Jason Hamilton

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:13 pm, Dec 22 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
    ) Case No.  1:21-mj-3523 TMD
NINE U.S. POSTAL SERVICE PARCELS )
LOCATED AT THE INCOMING MAIL FACILITY )
IN LINTHICUM HEIGHTS, MD )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

    I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

  Please see Attachment A

located in the _____ District of ____Maryland____ , there is now concealed *(identify the person or describe the property to be seized)*:

  Please see Attachment B

    The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

      ☑ evidence of a crime;

      ☑ contraband, fruits of crime, or other items illegally possessed;

      ☑ property designed for use, intended for use, or used in committing a crime;

      ☐ a person to be arrested or a person who is unlawfully restrained.

    The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Dangerous Substances |
| 21 U.S.C. § 843(b) | Transportation of Controlled Dangerous Substances via the United States Mail |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Dangerous Substances |

    The application is based on these facts:
  Please see the Affidavit

      ☑ Continued on the attached sheet.

      ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Miguel Bosch, Jr.*
_____
*Applicant's signature*

Miguel Bosch Jr., United States Postal Inspector
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 12/17/2021

_____
*Judge's signature*

City and state:  Baltimore, Maryland      The Hon. Thomas M. DiGirolamo, US Magistrate Judge
*Printed name and title*